■ KINGSVIEW HOMES, INC., Respondent, v. EDITH HERSHENHART et al., Appellants. KINGSVIEW HOMES, INC., Respondent, v. LYLE STUART et al., Appellants. KINGSVIEW HOMES, INC., Respondent, v. ALEXANDER LANGFELDER, Appellant.— Motion for leave to appeal to the Appellate Division dismissed, without costs. (See *Matter of Kingsview Homes* v. *Pette*, 9 A D 2d 782.) Present — Nolan, P. J., Ughetta, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ SYLVIA LEITMAN, Respondent-Appellant, v. JULIUS LEITMAN, Appellant-Respondent.— Motion by appellant-respondent for leave to appeal to the Court of Appeals and for other relief denied. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ MEADOW BROOK NATIONAL BANK, Respondent, v. ARTHUR STEINHAUER et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ LEROY MITCHELL, Respondent, v. A. A. TRUCK RENTING CORP., Appellant and Third-Party Plaintiff. STELSON MANUFACTURING CO., INC., Third-Party Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ EDWARD PRZYBYSKI, Respondent, v. HOLLAND-AMERICAN LINE et al., Respondents, and JARKA CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.